ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Hanley Industries, Inc. ) | ASBCA No. 58628 |
| ) | |
| Under Contract No. W52P1J-10-D-3011 ) | |

APPEARANCE FOR THE APPELLANT:    Donald C. Holmes, Esq.
    Greensboro, MD

APPEARANCES FOR THE GOVERNMENT:    Raymond M. Saunders, Esq.
    Army Chief Trial Attorney
    MAJ Allen D. Stewart, JA
    CPT Ahsan M. Nasar, JA
    Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled by the parties. Pursuant to their July 2018 Settlement Agreement, execution of the contract modification rescinding the Termination for Default and issuing a No-Cost Termination for Convenience, and the government's subsequent motion to dismiss, the appeal is dismissed with prejudice.

Dated: August 14, 2018

TERRENCE S. HARTMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58628, Appeal of Hanley Industries, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals